IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 322-011 |
| | ) | |
| KENYATTE HARDEN | ) | |
| CODY HARDEN | ) | |
| RAY LOVETT | ) | |
| LEOTIS LOVETT | ) | |
| GLENN BAKER | ) | |
| CECIL MONTGOMERY | ) | |
| ANTHONY MONTGOMERY | ) | |
| CRYSTAL MILLER | ) | |
| SEDRICK MILLER | ) | |
| CARLOS TERRY | ) | |
| DARRYL JORDAN | ) | |
| TRAMAINE LYLES | ) | |
| ANTHONY WIGGINS | ) | |
| TAMMY WARREN | ) | |
| GLEN WILLIAMS | ) | |
| ASHA RENFROE | ) | |
| MARQUITA GILCHRIST | ) | |

**O R D E R**

On March 21, 2023, the Court recognized the parties had resolved multiple pretrial motions and declared them moot. (See doc. no. 384.) In that same order, the Court directed Defendant Leotis Lovett to particularize his three unresolved motions, (doc. nos. 290, 293, 294), and bring them into compliance with the Local Rules by his April 3, 2023 deadline for filing additional pretrial motions. The Court explained that if he failed to do so, those three motions would be deemed resolved or waived. (Doc. no. 384, p. 2.) In response, Defendant filed a particularized Motion to Suppress Intercepted Wire & Electronic Communications,

(doc. no. 387), but he did not otherwise particularize the three motions he previously stated were unresolved.

Accordingly, the Court declares **MOOT** the Motion for Jencks Material, (doc. no. 290), Motion to Suppress, (doc. no. 293), and Motion for Disclosure of Impeachment Information, (doc. no. 294). The government shall have through and including April 17, 2023, to file a response to the particularized Motion to Suppress Intercepted Wire & Electronic Communications, (doc. no. 387).

SO ORDERED this 4th day of April, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA