# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: CR322-00011, Sedrick Miller, et al |
| LEAVE OF ABSENCE REQUEST FOR ) | |
| S. RYAN DIXON ) | |
| May 23, 2023; June 19, 2023 through ) | |
| June 23, 2023; and July 3, 2023 through ) | |
| July 7, 2023 ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by S. Ryan Dixon, Attorney for the Defendant, in the above-cited cases for the dates of May 23, 2023; June 19, 2023 through June 23, 2023; and July 3, 2023 through July 7, 2023, for the purpose of personal leave; with respect to said motion shows the Court the following same is hereby GRANTED.

This 8th day of May, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA