IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 322-011 |
| | ) | |
| KENYATTE HARDEN | ) | |
| CODY HARDEN | ) | |
| LEOTIS LOVETT | ) | |
| TRAMAINE LYLES | ) | |

**ORDER**

After a careful, *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** the motions to suppress filed by Defendants Kenyatte Harden, Cody Harden, Leotis Lovett, and Tramaine Lyles. (Doc. nos. 303, 314, 317, 387.)

SO ORDERED this _____ day of June, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE